| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Caldwell, Karen K | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/04/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>John C. Watts Federal Bldg.<br>330 West Broadway<br>Frankfort, KY 40601 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Transylvania University |
| 2. Trustee | Lloyd Cress Life Insurance Trust |
| 3. Board of Directors | Leadership Kentucky |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2005 MAY 11 A 9: 4? FINANCIAL DISCLOSURE REPORT RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Retirement Benefit - Ashland, Inc. |
| 2. | 2005 | Commonwealth of Kentucky |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Line of Credit - Credit Card | J |
| 2. AAA Financial Services | Line of Credit - Credit Card | K |
| 3. Fifth Third Bank, Trustee for Lloyd Cress Retirement Account | Promissory Notes | J |
| 4. American Express | Line of Credi t- Credit Card | K |
| 5. Chase Bank | Line of Credit - Credit Card | K |
| 6. PNC Bank | Commercial Loan | J |
| 7. USAA | Line of Credit - Credit Card | K |
| 8. Capital One Bank | Line of Credit - Credit Card | K |
| 9. AIM Fund Services (Lloyd Cress Retirement Account) | Pension Plan Loan | K |
| 10. Caldwell Thrift Plan | Pension Plan Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keogh Plan Trust Account - Fifth Third Bank | E | Dividend Interest Cap. Gain | | | | | | | |
| 2. -USAA International Fund | | | | | Sell | 1/5 | K | | |
| 3. -Fifth Third Money Market Fund | | | | | Sell | 1/31 | K | | |
| 4. -Lloyd Cress Notes | | | | | Redeem/Paid | 4/28 | J | | |
| 5. AIM Investments Solo 401k | | None | | | | | | | Transfer proceeds to NFS IRA |
| 6. -AIM Blue Chip Fund | | | | | Rollover | 2/25 | L | | Transfer proceeds to NFS IRA |
| 7. -AIM Money Market Fund | | | | | Rollover | 2/25 | J | | Transfer proceeds to NFS IRA |
| 8. -Lloyd Cress Note | | | | | Paid | 2/12 | K | | Transfer proceeds to NFS IRA |
| 9. PNC Bank Account | A | Interest | J | T | | | | | |
| 10. Jefferson Pilot Life Ins - Life of G.F. Caldwell | | None | L | T | | | | | |
| 11. Commonwealth of Kentucky Employee Retirement | A | Interest | J | T | | | | | |
| 12. NFS IRA (Items 13-43) | G | Dividend Int. Cap Gain Royalty | O | T | | | | | |
| 13. -Debt Strategies Fund Common | | | | | | | | | |
| 14. -Intel Common | | | | | Partial Sell | 7/15 | K | | |
| 15. -Procter & Gamble Common | | | | | | | | | |
| 16. -Sovereign Bank Common | | | | | | | | | |
| 17. -AIG Common | | | | | Sell | 3/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bank of Montreal Common | | | | | | | | | |
| 19. -Centex Common | | | | | Sell | 11/28 | J | | |
| 20. -China Yuchai Common | | | | | Sell | 10/11 | J | | |
| 21. -Engineered Support System Common | | | | | Sell | 9/22 | J | | |
| 22. -ICICI Bank Common | | | | | | | | | |
| 23. -Interdigital Common | | | | | Buy | 5/5 | K | | |
| 24. -Johnson & Johnson Common | | | | | | | | | |
| 25. -Schnitzer Steel Common | | | | | Sell | 10/11 | J | | |
| 26. -Templeton Russian & E. European Fund Common | | | | | | | | | |
| 27. -Walgreen Common | | | | | | | | | |
| 28. -NFS Prime Fund (temp receipt receptacle) | | | | | Buy | Many | | | |
| 29. -NFS Prime Fund (temp receipt receptacle) | | | | | Sell | Many | | | |
| 30. -Energy Exploration Common | | | | | Buy | 7/20 | J | | |
| 31. -Lehman Brothers First Income Fund | | | | | | | | | |
| 32. -Netguru Common | | | | | Buy | 8/9 | J | | |
| 33. -Alternet | | | | | | | | | |
| 34. -Eagle Materials Common | | | | | Sell | 11/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Forest City Enterprises Common | | | | | Sell | 10/11 | K | | |
| 36. -Murphy Oil Common | | | | | Sell | 4/20 | J | | |
| 37. -Nortel Common | | | | | Sell | 5/5 | K | | |
| 38. -Occidental Petroleum Common | | | | | Sell | 5/20 | K | | |
| 39. -Occidental Petroleum Common | | | | | Buy | 10/11 | K | | |
| 40. -First Israel Common | | | | | Sell | 11/28 | K | | |
| 41. -Permian Basin Trust | | | | | Buy | 9/22 | J | | |
| 42. -Walmart Common | | | | | Buy | 10/11 | K | | |
| 43. -Walmart Common | | | | | Sell | 12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 05/04/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____5/11/06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544